UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Honorable Freda L. Wolfson |
| | : | Criminal No. 07-885-01(FLW) |
| v. | : | |
| GEORGE GALLETTA | : | |
| Defendant. | : | |

ORDER

Upon consideration of the request of the defendant with the consent of the United States;

IT IS on this 19th day of June, 2008,

ORDERED THAT; that the voluntarily surrender date be extended to November 2, 2008.

*s/Freda L. Wolfson*
Freda L. Wolfson
United States District Judge